UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO FLORES LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM VACATION OWNERSHIP,<br><br>Defendants. | Case No. 15-cv-04790-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 29, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 22, 2016.

DESIGNATION OF EXPERTS: 9/30/16; REBUTTAL: 10/10/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 21, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by: July 22, 2016;
    Opp. Due: August 19, 2016; Reply Due: September 9, 2016;
    and set for hearing no later than September 23, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 8, 2016 at 3:30 PM.

JURY TRIAL DATE: November 21, 2016 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Court mediation shall occur by 4/16/16.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

1  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

2  **IT IS SO ORDERED**.

4  Dated: 1/25/16

_____
SUSAN ILLSTON
United States District Judge